*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  February 5, 2015                519293
_____

In the Matter of the Claim of
    BERNARDO NELSON,
                    Appellant.
                                        MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:  December 2, 2014

Before:  McCarthy, J.P., Garry, Egan Jr. and Clark, JJ.

                    _____

        Bernardo Nelson, New York City, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City (Gary
Leibowitz of counsel), for respondent.

                    _____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed October 2, 2013, which ruled, among other things,
that claimant was disqualified from receiving unemployment
insurance benefits because he voluntarily left his employment
without good cause.

        Decision affirmed.  No opinion.

        McCarthy, J.P., Garry, Egan Jr. and Clark, JJ., concur.

ORDERED that the decision is affirmed, without costs.



                    ENTER:

                    Robert D. Mayberger
                    Clerk of the Court